**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| DTG OPERATIONS, INC., d/b/a DOLLAR RENT A CAR, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>RICHARD WAI LEUNG, *et al.*, )<br>)<br>Defendants. )<br>_____ ) | Case No.  2:11-cv-00082-JCM-GWF<br><br>**ORDER** |

This matter is before the Court on the parties' failure to file a proposed Stipulated Discovery Plan and Scheduling Order.  The Complaint (#1) in this matter was filed January 17, 2011.  Defendant Tristar Risk Management filed its Answer (#10) on April 6, 2011.  Pursuant to LR 26-1, the parties were required to meet and/or confer as required by Fed. R. Civ. P. 26(f) within 30 days after the first defendant answered or otherwise appeared, and 14 days thereafter to file a mandatory stipulated discovery plan and scheduling order.  To date, the parties have not complied.  Accordingly,

**IT IS HEREBY ORDERED** that the parties shall file a stipulated Discovery Plan and Scheduling Order not later than **June 27, 2011** in compliance with the provisions of LR 26-1 of the Rules of Practice of the United States District Court for the District of Nevada.

DATED this 16th day of June, 2011.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge